RECEIVED

2001 JAN 24  A 8: 31

Ï‌E‌O. P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

FILED

JAN 2 4 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

JAMES WEBB PRINER 107989 )
Full name and prison number of )
plaintiff(s) )
)
)
v. )
)
CHARLES HALEY )
)
GWENDOLYN MOSLEY )
)
COI LEROY JAMISON )
)
COI DERRICK JOHNSON )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

CIVIL ACTION NO. _01-D-98-N_
(To be supplied by the Clerk of the
  U.S. District Court)

CARROLL

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (x)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (x)

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:
     Plaintiff(s) _____

     Defendant(s) _____

2.   Court (if federal court, name the district; if state court, name the county)
     _____

3.   Docket No. _____

4.   Name of Judge to whom case was assigned _____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT *EASTERLING CORRECTIONAL FACILITY, CLIO, ALA. 36017*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *SAME*

_____

III.   NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | *CHARLES HALEY* | *COMMISSIONER ALA. DEPT. OF CORRECTIONS* |
| 2. | *GWENDOLYN MOSLEY* | *E.C.F.* *P.O. BOX 10 CLIO, ALA 36017-0010* |
| 3. | *LEROY JAMISON* | *E.C.F* *P.O. BOX 10 CLIO, ALA. 36017-0010* |
| 4. | *DERRICK JOHNSON* | *E.C.F* *P.O. BOX 10 CLIO, ALA 36017-0010* |
| 5. | ~~*XXXXXXXXX*~~ | |
| 6. | *"OFFICER" JORDAN* | *E.C.F.* *P.O. BOX 10 CLIO, ALA 36017-0010* |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED *3-13-00, 8-3-00, 11-18-00, 9-18-98*

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *VIOLATION OF 5TH AMENDMENT DUE PROCESS RIGHTS*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).
*ON THE ABOVE DATES I WAS GIVEN A "CITATION" AND PUNISHED, WITH ADVERSE INFORMATION PLACED ON MY PERMANENT RECORD. I WAS NOT GIVEN A "DUE PROCESS" HEARING, AND NO APPEAL IS ALLOWED. THERE IS NO AVAILABLE METHOD TO REMOVE THIS INFORMATION FROM MY PERMANENT FILE, AND THIS FILE IS SEEN BY THE STATES PAROLE BOARD.*

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE
NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

ORDER THE DEFENDANTS TO ERASE THIS INFORMATION FROM MY
PERSONAL FILE, AND PROHIBIT THE USE OF "CITATIONS" AS A
PUNISHMENT VEHICLE, AS THERE IS NO DUE PROCESS. OR ORDER
THAT THE DEFENDANTS PROVIDE DUE PROCESS HEARINGS

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.

(date)

_____
Signature of plaintiff(s)

-3-

STATEMENT OF FACTS

RECEIVED
2001 JAN 24 FEB 37
P. HACKETT
DISTRICT COURT
MIDDLE DIST. ALA.

I AM NOT AN ATTORNEY, NOR A "JAILHOUSE LAWYER", BUT I FEEL THAT MY RIGHTS TO DUE-PROCESS HAVE BEEN VIOLATED.

THE ALABAMA DEPARTMENT OF CORRECTIONS HAS A DISCIPLINARY SYSTEM UNDER THEIR "A.D.O.C. A.R. 403" THIS SYSTEM GIVES INMATES A DUE-PROCESS HEARING IN RULE VIOLATION SITUATIONS, AND IS A LEGAL MEANS TO IMPOSE PUNISHMENT.

HOWEVER, ON FOUR OCCASSIONS THEY HAVE USED A SYSTEM OF "CITATIONS" TO IMPOSE "SANCTIONS" AND PLACE ADVERSE INFORMATION ON MY PERMANENT D.O.C. RECORDS. I HAVE CONTACTED EACH OF THE DEFENDANTS AND ASKED TO HAVE THIS INFORMATION REMOVED FROM MY RECORDS. THEY HAVE EITHER IGNORED ME, OR OUTRIGHT REFUSED

THESE CITATIONS ARE USED IN PLACE OF "DISCIPLINARIES" WHEN OFFICERS CAN NOT "PROVE" THEIR ALLEGATIONS AGAINST AN INMATE. RULE 403 REQUIRES SOME FORM OF EVIDENCE, AND INMATES RECEIVE "HEARINGS" IN WHICH PROOF OF GUILT IS OFFERED, TESTOMONY GIVEN BY WITNESSES, AND THE INMATE MAY MAKE A STATEMENT.

IF THE OFFICER CAN NOT PROVE AN INMATE HAS BROKEN A RULE, HE ISSUES A CITATION, WHICH BY-PASSES ALL OF THE SAFTIES OF A RULE 403 HEARING, HE THEN IMPOSES "SANCTIONS", INDEED THE EXACT SAME SANCTIONS AS IMPOSED FOR RULE 403 VIOLATIONS. AND A "BEHAVIORAL CITATION" IS NOTED ON THE INMATES PERMANENT

PERMANENT D.O.C. RECORDS.

THESE STATEMENTS WILL THEN BE SEEN BY THE STATE PAROLE BOARD, WHIC CAN DENY PAROLE BASED ON THIS INFORMATION.

AS I STATED, I AM NOT AN ATTORNEY, SO I HAVE NO IDEA HOW TO PROSECUTE A FEDERAL LAWSUIT, SO I WILL ASK THAT AN ATTORNEY BE APPOINTED TO HELP ME

FURTHER, AS THIS HAPPENS ON A DAILY BASIS TO OTHER D.O.C. INMATES, I ALSO REQUEST THAT THIS SUIT BE GIVEN "CLASS" STANDINGS, TO PROTECT ALL D.O.C. INMATES IN THIS FACILITY.

THANK YOU FOR YOUR TIME AND EFFORTS ON MY BEHALF.

x _Samuel Gardner_

SAMUEL GARDNER

A.I.S. 207989